```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                     TEXARKANA DIVISION
```

INDUSTRIAL TECHNOLOGY RESEARCH
INSTITUTE                                             PLAINTIFF(S)


vs.                         Civil No.  09-4063


SAMSUNG ELECTRONICS AMERICA, INC.,
et al                                                 DEFENDANT(S)


CLERK'S ORDER OF DISMISSAL

On this 19th day of January, 2010, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed without prejudice, with each party to bear its own costs.

```
                              AT THE DIRECTION OF THE COURT
                              CHRISTOPHER R. JOHNSON, CLERK


                              by: /s/ Charlotte Powell
                                    Deputy Clerk
```